UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IHSAN ALI BAZZI,

    Plaintiff,

                              CIVIL NO. 07-CV-12835

-vs-

                              HON. PATRICK J. DUGGAN

IMMIGRATION AND NATURALIZATION
SERVICE,

    Defendant.
_____/

## **STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**

    Plaintiff and Defendant, by and through their undersigned attorneys, stipulate to the entry of an order dismissing the above-captioned case without prejudice, with each party bearing his/her own costs and attorney fees.

                                                         STEPHEN J. MURPHY
                                                         United States Attorney

| */s/ Maris J. Liss (w/verbal consent)* | */s/ Susan K. DeClercq* |
|---|---|
| GEORGE P. MANN (P-24888) | SUSAN K. DeCLERCQ (P60545) |
| MARIS J. LISS | Assistant U.S. Attorney |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Pineview Office Park | 211 W. Fort Street, Suite 2001 |
| 33505 W. 14 Mile Rd., Ste. 20 | Detroit, MI 48226-3211 |
| Farmington Hills, MI 48331 | (313) 226-9149 |
| (248) 932-0990 | susan.declercq@usdoj.gov |

Dated: May 1, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IHSAN ALI BAZZI,

    Plaintiff,

CIVIL NO. 07-CV-12835

-vs-

HON. PATRICK J. DUGGAN

IMMIGRATION AND NATURALIZATION SERVICE,

    Defendant.

_____/

## ORDER OF DISMISSAL

In light of the foregoing stipulation, it is hereby ordered that this case be dismissed without prejudice and without an award of costs or attorney fees to any party.

**IT IS SO ORDERED**.

s/PATRICK J. DUGGAN
United States District Judge

Date: May 1, 2008